# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KEITH ALEXANDER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-01542-KOB-HNJ |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) |

## NOTICE OF DEFICIENT PLEADING

The plaintiff's application to proceed *in forma pauperis* is deficient for the reasons indicated below. The plaintiff must correct the deficient pleading within thirty (30) days from the entry date of this Notice, in the manner explained below.

>   Although the plaintiff filed an application to proceed *in forma pauperis*, the application was not accompanied by a certified copy of jail and/or prison account statements for the last six months. The plaintiff must file a new verified application to proceed *in forma pauperis* accompanied by a certified copy of jail and/or prison account statements for the last six months. The plaintiff must write **"Case No. 4:20-cv-01542-KOB-HNJ"** at the top of the first page of the application to proceed *in forma pauperis*.

IF THE PLAINTIFF FAILS TO CORRECT THE DEFICIENT PLEADING IN COMPLIANCE WITH THIS NOTICE WITHIN THIRTY (30) DAYS FROM THE ENTRY DATE OF THIS NOTICE, THE COURT MAY DISMISS THIS CASE FOR WANT OF PROSECUTION. FED. R. CIV. P. 41(b).

The Clerk is **DIRECTED** to serve a copy of this Notice on the plaintiff, along with an application to proceed *in forma pauperis*.

**DONE** and **ORDERED** this 7th day of October, 2020.

                                                      HERMAN N. JOHNSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE