UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KEITH ANTWON ALEXANDER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-01542-KOB-HNJ |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) |

**ORDER**

The magistrate judge entered a report on April 22, 2021, recommending that the court dismiss without prejudice all claims in this action pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted EXCEPT the plaintiff's Eighth Amendment excessive force and supervisory liability claims against defendants Gadson, two unknown segregation officers, Dunn, Culliver, Gordy, and Pickens. (Doc. 9). The magistrate judge further recommended that the plaintiff's remaining claims be referred back to the magistrate judge for further proceedings. (Doc. 9). Although the magistrate judge advised the plaintiff of his right to file specific written objections within 14 days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

magistrate judge's report and **ACCEPTS** his recommendation. The court **DISMISSES** all of the plaintiff's claims **WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) **EXCEPT** his Eighth Amendment excessive force and supervisory liability claims against defendants Gadson, two unknown segregation officers, Dunn, Culliver, Gordy, and Pickens. The court further **ORDERS** that the remaining claims against these defendants are **REFERRED** to the magistrate judge for further proceedings.

DONE and ORDERED this 19th day of May, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE