FILED

2023 Mar-21  PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

KEITH ANTWON ALEXANDER,  )
                         )
        Plaintiff,       )
                         )
v.                       )  Case No. 4:20-cv-01542-KOB-NAD
                         )
JEFFERSON DUNN, et al.,  )
                         )
        Defendants.      )

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on January 27, 2023 (doc. 27), recommending the motion for summary judgment filed by defendants Jefferson Dunn, Errol Pickens, Christopher Gordy, Grantt Culliver, and Roderick Gadson (doc. 25) be granted.  Although the magistrate judge notified the parties of their rights to file objections to the report and recommendation within 14 days (*id*. at 27-28), that time has expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.  The court finds no genuine issues of material fact and the defendants are entitled to judgment in their favor as a matter of law.  Accordingly, the court shall **ORDER** that defendants

Jefferson Dunn, Errol Pickens, Christopher Gordy, Grantt Culliver, and Roderick

Gadson's motion for summary judgment (doc. 25) be **GRANTED**.

The court will enter a separate Final Judgment.

DONE and ORDERED this 21st day of March, 2023.

**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE